RECEIVED
IN MONROE, LA
OCT 0 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30027 |
| VERSUS | * | JUDGE JAMES |
| JOSE ARMANDO ALCERRO-BARAONA aka JOSE ARMANDO ALCERRO-BARAHONA | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, **JOSE ARMANDO ALCERRO-BARAONA aka JOSE ARMANDO ALCERRO- BARAHONA**, and adjudges him guilty of the offenses charged in Counts One and Three of the indictment against him.

THUS DONE AND SIGNED this 2 day of October, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION